IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re:

**GARY T. BANTA,**
**SILVIA BANTA**
*** Debtors**

Chapter: **13**

Case Number: **04-53443**

## ORDER

It appearing that the ninety day period for presenting checks having expired and it further appearing that there remains on deposit with FULTON BANK the sum of $1,149.93 to the credit of the Trustee, it is hereby

ORDERED that the Trustee, CHARLES DEHART ESQ , issue a check covering the unclaimed funds for the sum of $1,149.93 payable to the Clerk, U.S. Bankruptcy Court, under the provisions of Section 347(a) of the Bankruptcy Code and forward the same to the Clerk for deposit in the United States Treasury.

The aforesaid unclaimed funds were payable to:

| | |
|---|---|
| FREEMONT INVESTMENT & LOAN (CLAIM #5) | 1,149.93 |
| BANKRUPTCY DEPT | |
| 1065 N PACIFIC CTR DR. 2ND FL | |
| ANAHEIM, CA 92806 | |

Date: March 14, 2006

John J. Thomas, Bankruptcy Judge
(JK)

*This electronic order is signed and filed on the same date.*

MDPA-E009UN.WPT-REV 11/04